FILED

2018 JAN 29  AM 11: 31

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Armando HERNANDEZ Jr, <br><br> Defendant. | Case No.: '18 MJ8179 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about January 26, 2018, within the Southern District of California, defendant, Armando HERNANDEZ Jr., did knowingly and intentionally import 500 grams and more, to wit: approximately 6.82 kilograms (15.03 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about January 26, 2018, within the Southern District of California, defendant, Armando HERNANDEZ Jr., did knowingly and intentionally import 1 kilogram and more, to wit: approximately 1.36 kilograms (2.99 pounds), of a mixture or substance containing a detectable amount of heroin a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Task Force Officer Miguel Gallaga
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th, DAY OF JANUARY 2018.

_____
HONORABLE PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

2

United States of America
     V.
Armando HERNANDEZ Jr.

## PROBABLE CAUSE STATEMENT

I, Task Force Officer Miguel Gallaga of Homeland Security Investigations, declare under penalty of perjury the following probable cause statement is true and correct:

On January 26, 2018, at approximately 2:40 p.m., Customs and Border Protection Officer (CBPO) M. Cardenas and his assigned canine partner, were conducting pre-primary operations at the Calexico, California West Port of Entry.

At approximately 2:45 p.m., CBPO Cardenas and his canine partner conducted an exterior canine sniff of a Honda Odyssey bearing Arizona license plates. CBPO Cardenas noticed his canine positively alerted to the middle area of the vehicle. This information was communicated to CBPO J. Gaytan, who was assigned to primary inspection.

At approximately 2:50 p.m., the Honda Odyssey arrived at primary inspection. CBPO Gaytan questioned the driver, Armando HERNANDEZ JR (HERNANDEZ), if he had anything to declare and received a negative customs declaration. CBPO Gaytan referred the vehicle to secondary inspection to further investigate the canine's positive alert.

At secondary inspection, CBPO J. Lizarraga, who was assigned to operate the Z-Portal X-ray machine, instructed HERNANDEZ to drive slowly through the Z-Portal. CBPO Lizarrraga noticed anomalies in the rear seats of the vehicle. CBPO Lizarraga instructed HERNANDEZ to park the vehicle in the secondary inspection lot.

CBPO J. Burgos approached the Honda Odyssey and instructed HERNANDEZ to exit the vehicle. CBPO Burgos searched the seats of the vehicle and subsequently removed 10 packages that were concealed within the rear seats. CBPO Nichols utilized the Gemini Field Test Kit to test the content of the packages. CBPO Nichols noticed that seven packages contained a white crystalline substance that field tested positive for methamphetamine. CBPO Burgos field tested the other three packages. CBPO Burgos noticed that three packages contained a brown substance that field tested positive for heroin.

At approximately 4:01 p.m., HERNANDEZ was placed under arrest. The total weight for the seven packages containing methamphetamine was approximately 6.82 kilograms (15.03 pounds). The total weight of the three packages containing heroin was 1.36 kilograms (2.99 pounds).

During a post-arrest interview, HERNANDEZ was advised of his rights as per Miranda. HERNANDEZ stated he understood his rights and agreed to answer questions. HERNANDEZ admitted to knowingly transporting the narcotics. HERNANDEZ stated he was instructed to transport the narcotics to Los Angeles, California. HERNANDEZ stated he was going to receive payment but was not sure of the exact amount.

1
2
3
4
5
6 | Executed on 1/27/2018 at 9:45 p.m.
7
8 | Miguel Gallaga, Task Force Officer
9 | Homeland Security Investigations

10 | On the basis of the facts in this probable cause statement consisting of 2 pages, I find
11 | probable cause to believe that the defendant named in this probable cause statement
   | committed the offense on 01/26/2018 in violation of Title 21 U.S.C Section 952 &960.
12
13
14
15 | Honoroble Jan M. Adler
16 | United States Magistrate

10:39 PM, Jan 27, 2018

17
18
19
20
21
22
23
24
25
26
27
28

5